IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA )
)
)
v. ) Case No. 1:19CR10003-001
)
)
GLEN LAWRENCE HOLCOMB II )

## ORDER TO UNSEAL INDICTMENT

The United States of America has filed a Motion to Unseal the Indictment due the defendant's arrest in the Southern District of Mississippi. The COURT finds that the above described paper should be and it is, hereby unsealed under the provision of the United States District Court for the Western District of Arkansas and in the interest of Justice.

*Barry A. Bryant*

HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE